# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: James Flowers aka James E. Flowers**
**Debtor(s)**

**BK NO. 20-02401 RNO**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Bayview Loan Servicing, LLC and index same on the master mailing list.

    Respectfully submitted,

/s/Rebecca A. Solarz
Rebecca Solarz
12 Oct 2020, 11:20:27, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322