# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                   :       No.: 5:20-bk-02401 RNO
:

James Flowers a/k/a James E.   :
Flowers,                  :
        Debtor         :       Chapter 7
:

Community Loan Servicing, LLC  :
f/k/a Bayview Loan Servicing LLC,  :
:
        Movant,       :
Vs.                   :
:

James Flowers, a/k/a James E.   :
Flowers debtor, and       :
:

Robert P. Shiels, Jr. Esq., Trustee  :

## <u>ORDER</u>

Upon consideration of Debtors' Response in Opposition to Movant's Motion for Relief from Automatic Stay, IT IS HEREBY ORDERED AND DECREED THAT:

Movant's Motion is denied.