# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                        :        No.: 5:20-bk-02401 RNO
                                              :
James Flowers a/k/a James E.                  :
Flowers,                                      :
                  Debtor                      :        Chapter 7
                                              :
Community Loan Servicing, LLC                 :
f/k/a Bayview Loan Servicing LLC,             :
                                              :
                  Movant,                     :
Vs.                                           :
                                              :
James Flowers, a/k/a James E.                 :
Flowers debtor, and                           :
                                              :
Robert P. Shiels, Jr. Esq., Trustee          :

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years if age and that on November 2, 2020, I served a copy of Response in Opposition to Motion for Relief from Automatic Stay of Community Loan Servicing, LLC on the following parties in this matter:

| Chapter 7 Standing Trustee | United States Trustee | Rebecca A. Solarz, Esq. Attorney for Movant, Community Loan Servicing, LLC |
| --- | --- | --- |
| By ECF | By ECF | By ECF |

I certify under penalty of perjury that the foregoing is true and correct.

Name: /s/ Joseph M. Blazosek, Esquire

Address: 341 Wyoming Avenue

West Pittston, Pennsylvania 18643

Date: November 2, 2020