IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No.: 5:20-bk-02401 RNO |
| | : | |
| James Flowers a/k/a James E. Flowers, | : | |
| Debtor | : | Chapter 7 |
| | : | |
| Community Loan Servicing, LLC f/k/a Bayview Loan Servicing LLC, | : | |
| | : | |
| Movant, | : | |
| Vs. | : | |
| | : | |
| James Flowers, a/k/a James E. Flowers debtor, and | : | |
| | : | |
| Robert P. Shiels, Jr. Esq., Trustee | : | |

## DEBTOR'S WITHDRAWAL OF RESPONSE IN OPPOSITION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

The Respondent/Debtor, James Flowers, a/k/a James E. Flowers, by and through his attorney Joseph M. Blazosek, Esquire, hereby withdraws his Response in Opposition to Motion for Relief from Automatic Stay and requests that the docket reflect voluntary withdrawal without prejudice or admission.

Respectfully submitted,

/s/ Joseph M. Blazosek
JOSEPH M. BLAZOSEK, ESQUIRE
Attorney for Respondent/Debtor, James Flowers, a/k/a James E. Flowers
Attorney ID # 33830
341 Wyoming Avenue
West Pittston, Pennsylvania 18643
Phone: (570) 655-4410
Email: jblazatty@aol.com