IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No.: 5:20-bk-02401 RNO |
| | : | |
| James Flowers a/k/a James E. Flowers, | : | |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |
| Community Loan Servicing, LLC f/k/a Bayview Loan Servicing LLC, | : | |
| | : | |
| Movant, | : | |
| Vs. | : | |
| | : | |
| James Flowers, a/k/a James E. Flowers debtor, and | : | |
| | : | |
| Robert P. Shiels, Jr. Esq., Trustee | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years if age and that on November 2, 2020, I served a copy of Debtor's Withdrawal of Response in Opposition to Motion for Relief from Automatic Stay of Community Loan Servicing, LLC on the following parties in this matter:

| Chapter 7 Standing Trustee | United States Trustee | Rebecca A. Solarz, Esq. Attorney for Movant, Community Loan Servicing, LLC |
|---|---|---|
| By ECF | By ECF | By ECF |

I certify under penalty of perjury that the foregoing is true and correct.

Name: /s/ Joseph M. Blazosek, Esquire
Address: 341 Wyoming Avenue
West Pittston, Pennsylvania 18643

Date: November 18, 2020